**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donald R. Buckley             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13324 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ Rebecca A. Solarz
                               Rebecca Solarz
                               18 Aug 2020, 16:29:23, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322