UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Donald R. Buckley | Bankruptcy No.20-13324-PMM

          Debtor |

<u>CERTIFICATE OF SERVICE</u>

     I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 10th day of November, 2020, by first class mail upon

those listed below:

Donald R. Buckley
312 Pennwyn Place
Reading, PA  19607

**<u>Electronically via CM/ECF System Only:</u>**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611


                                  */s/ Deborah A. Earnshaw*
                                  Deborah A. Earnshaw
                                  for
                                  Scott F. Waterman, Esquire
                                  Standing Chapter 13 Trustee