| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13324-PMM**

Donald R. Buckley
312 Pennwyn Place
Reading  PA  19607

Petition Filed Date: 08/12/2020
341 Hearing Date: 09/15/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/14/2020 | $100.00 | 47039428177 | 10/20/2020 | $100.00 | 47039428870 | 11/17/2020 | $100.00 | 47047450696 |
| 01/04/2021 | $100.00 | 47050596317 | 01/20/2021 | $100.00 | 47047450738 | 02/17/2021 | $100.00 | 47051384406 |
| 03/16/2021 | $100.00 | 47051494477 | 04/13/2021 | $100.00 | 47051384990 | 05/18/2021 | $100.00 | 47052180090 |

**Total Receipts for the Period: $900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»» 001 | Unsecured Creditors | $5,154.07 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,944.98 | $0.00 | $0.00 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $1,003.76 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Mortgage Arrears | $13,081.28 | $0.00 | $0.00 |
| 5 | TOWNSHIP OF CUMRU - SEWER<br>»» 005 | Secured Creditors | $2,284.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13324-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $69.00 | Total Plan Base: | $15,303.36 |
| Funds on Hand: | $831.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.