Donald R. Buckley
312 Pennwyn Place
Reading, PA  19607

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Donald R. Buckley<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 20-13324-PMM |

## PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on May 12, 2022 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

                                              Respectfully Submitted

Date: April 18, 2022                          */s/ Scott F. Waterman*
                                              Scott F. Waterman, Esq.
                                              Standing Chapter 13 Trustee