*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donald R. Buckley
    Debtor(s)

Case No: 20–13324–pmm

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/12/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

24 – 2
Form 152