United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13324-pmm
Donald R. Buckley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Apr 18, 2022 | Form ID: 152 | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald R. Buckley, 312 Pennwyn Place, Reading, PA 19607-3247 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14527509 | + | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14527511 | | Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14527514 | + | Judy Essick, 312 Pennwyn Place, Reading, PA 19607-3247 |
| 14529719 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14529475 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14527517 | + | Patient First, 2600 Papermill Road, Reading, PA 19610-3362 |
| 14555252 | + | Township of Cumru, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14555201 | + | Township of Cumru, 4 Park Plaza, 2nd FLoor, Wyomissing, PA 19610-1398 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 18 2022 23:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14527508 | | Email/Text: EBNProcessing@afni.com | Apr 18 2022 23:44:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 14548338 | + | Email/Text: g20956@att.com | Apr 18 2022 23:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14531764 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2022 23:50:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527510 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2022 23:50:05 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14553443 | | Email/Text: camanagement@mtb.com | Apr 18 2022 23:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14527515 | | Email/Text: camanagement@mtb.com | Apr 18 2022 23:44:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14529072 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 23:44:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 152 | Total Noticed: 24 |

| 14527518 | Email/Text: joey@rmscollect.com | Apr 18 2022 23:44:00 | 48090-2036<br>Receivable Management Systems, PO Box 73810, Richmond, VA 23235-8047 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527513 | | GH Harris Assocs. Inc. |
| 14527516 | | Met-Ed |
| 14527512 | *+ | Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Donald R. Buckley NO1JTB@juno.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donald R. Buckley
    Debtor(s)

Case No: 20−13324−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/12/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

24 − 2
Form 152