# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Donald R. Buckley
                Debtor(s)

Lakeview Loan Servicing, LLC, its successors and/or assigns
                Movant

      vs.

Donald R. Buckley
                Debtor(s)

Scott F. Waterman
                Trustee

CHAPTER 13

NO. 20-13324 PMM

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **October 28, 2020, docket number 13**.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322

Dated: May 11, 2022