United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Donald R. Buckley  
    Debtor

Case No. 20-13324-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 14, 2022      Form ID: 155      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald R. Buckley, 312 Pennwyn Place, Reading, PA 19607-3247 |
| 14527509 | + | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14527511 | | Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14527514 | + | Judy Essick, 312 Pennwyn Place, Reading, PA 19607-3247 |
| 14529719 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14529475 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14527517 | + | Patient First, 2600 Papermill Road, Reading, PA 19610-3362 |
| 14555252 | + | Township of Cumru, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14555201 | + | Township of Cumru, 4 Park Plaza, 2nd FLoor, Wyomissing, PA 19610-1398 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14527508 | | Email/Text: EBNProcessing@afni.com | Jul 14 2022 23:42:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 14548338 | + | Email/Text: g20956@att.com | Jul 14 2022 23:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14531764 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2022 23:44:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527510 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:44:07 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14553443 | | Email/Text: camanagement@mtb.com | Jul 14 2022 23:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14527515 | | Email/Text: camanagement@mtb.com | Jul 14 2022 23:42:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14529072 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:42:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14527518 | | Email/Text: joey@rmscollect.com | Jul 14 2022 23:42:00 | Receivable Management Systems, PO Box 73810, Richmond, VA 23235-8047 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527513 | | GH Harris Assocs. Inc. |
| 14527516 | | Met-Ed |

14527512       *+          Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Donald R. Buckley NO1JTB@juno.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donald R. Buckley
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13324−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 14th day of July 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

42
Form 155