Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-13324-PMM**

Donald R. Buckley  
312 Pennwyn Place  
Reading  PA   19607

Petition Filed Date: 08/12/2020  
341 Hearing Date: 09/15/2020  
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $100.00 | 47051384990 | 05/18/2021 | $100.00 | 47052180090 | 06/16/2021 | $100.00 | 47052180371 |
| 07/13/2021 | $100.00 | 47052180598 | 08/17/2021 | $100.00 | 47052890048 | 09/14/2021 | $100.00 | 47052890296 |
| 10/19/2021 | $100.00 | 47052890570 | 11/09/2021 | $100.00 | 47052890688 | 12/13/2021 | $100.00 | 47053958408 |
| 01/13/2022 | $100.00 | 47053759552 | 02/16/2022 | $100.00 | 47053958433 | 03/11/2022 | $100.00 | 47054293897 |
| 04/12/2022 | $100.00 | 6001186479 | 05/04/2022 | $1,550.56 | | 05/16/2022 | $293.82 | |
| 06/17/2022 | $422.00 | | 07/12/2022 | $745.00 | | | | |

**Total Receipts for the Period:  $4,311.38    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $5,011.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»»  001 | Unsecured Creditors | $5,154.07 | $0.00 | $5,154.07 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $4,944.98 | $0.00 | $4,944.98 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  003 | Unsecured Creditors | $1,003.76 | $0.00 | $1,003.76 |
| 4 | M&T BANK<br>»»  004 | Mortgage Arrears | $13,081.28 | $0.00 | $13,081.28 |
| 5 | TOWNSHIP OF CUMRU - SEWER<br>»»  005 | Secured Creditors | $2,284.81 | $0.00 | $2,284.81 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |

Chapter 13 Case No. 20-13324-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,011.38 | Current Monthly Payment: | $744.57 |
| Paid to Claims: | $0.00 | Arrearages: | ($0.43) |
| Paid to Trustee: | $405.91 | Total Plan Base: | $32,560.04 |
| Funds on Hand: | $4,605.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.