UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
          DONALD BUCKLEY,           :      CHAPTER 13
                                    :
               DEBTOR               :      BANKRUPTCY NO. 20-13324

### CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on August 2, 2022 a copy of the Application for Compensation was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Donald Buckley.


Dated: November 28, 2022           /s/Joseph Bambrick
                                   Joseph T. Bambrick, Jr., Esquire
                                   Attorney ID 45112
                                   529 Reading Avenue
                                   West Reading, PA  19611
                                   610/372-6400