| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-13324-PMM**

Donald R. Buckley
312 Pennwyn Place
Reading  PA    19607

Petition Filed Date: 08/12/2020
341 Hearing Date: 09/15/2020
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $745.00 | | 09/13/2022 | $745.00 | | 10/14/2022 | $745.00 | |
| 11/15/2022 | $745.00 | | 12/12/2022 | $745.00 | | 01/12/2023 | $745.00 | |
| 02/14/2023 | $745.00 | | 03/13/2023 | $745.00 | | 04/12/2023 | $745.00 | |
| 05/12/2023 | $745.00 | | 06/12/2023 | $745.00 | | 07/12/2023 | $745.00 | |

**Total Receipts for the Period: $8,940.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,951.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT INC  »» 001 | Unsecured Creditors | $5,154.07 | $0.00 | $5,154.07 |
| 2 | CAPITAL ONE BANK (USA) NA  »» 002 | Unsecured Creditors | $4,944.98 | $0.00 | $4,944.98 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES  »» 003 | Unsecured Creditors | $1,003.76 | $0.00 | $1,003.76 |
| 4 | M&T BANK  »» 004 | Mortgage Arrears | $13,081.28 | $8,768.88 | $4,312.40 |
| 5 | TOWNSHIP OF CUMRU - SEWER  »» 005 | Secured Creditors | $2,284.81 | $1,531.59 | $753.22 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

Chapter 13 Case No. 20-13324-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,951.38 | Current Monthly Payment: | $744.57 |
| Paid to Claims: | $12,800.47 | Arrearages: | ($5.59) |
| Paid to Trustee: | $1,150.91 | Total Plan Base: | $32,560.04 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.