Office Mailing Address:                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                 Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                        P.O. Box 680
Reading, PA  19606                                                         Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-13324-PMM**

Donald R. Buckley                                          Petition Filed Date: 08/12/2020
312 Pennwyn Place                                          341 Hearing Date: 09/15/2020
Reading  PA    19607                                       Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $745.00 | | 09/13/2023 | $745.00 | | 10/16/2023 | $745.00 | |
| 11/13/2023 | $745.00 | | 12/12/2023 | $745.00 | | 01/12/2024 | $745.00 | |
| 02/13/2024 | $745.00 | | 03/12/2024 | $745.00 | | 04/12/2024 | $745.00 | |
| 05/13/2024 | $745.00 | | 06/12/2024 | $745.00 | | 07/12/2024 | $745.00 | |

**Total Receipts for the Period: $8,940.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $23,636.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»» 001 | Unsecured Creditors | $5,154.07 | $1,701.72 | $3,452.35 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,944.98 | $1,632.68 | $3,312.30 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $1,003.76 | $331.42 | $672.34 |
| 4 | M&T BANK<br>»» 004 | Mortgage Arrears | $13,081.28 | $13,081.28 | $0.00 |
| 5 | TOWNSHIP OF CUMRU - SEWER<br>»» 005 | Secured Creditors | $2,284.81 | $2,284.81 | $0.00 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 20-13324-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,636.38 | Current Monthly Payment: | $744.57 |
| Paid to Claims: | $21,531.91 | Arrearages: | ($11.18) |
| Paid to Trustee: | $2,104.47 | Total Plan Base: | $32,560.04 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.