## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald R. Buckley <br> _Debtor(s)_ | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> vs. <br> _Moving Party_ | NO. 20-13324 PMM |
| Donald R. Buckley <br> _Debtor_ | |
| Robert J. Essick <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman <br> _Trustee_ | |

### ORDER

AND NOW, this 30th day of August, 2024 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge