**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE
| | | |
|---|---|---|
| **Donald R. Buckley,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 20-13324 |

## CERTIFICATE OF SERVICE

I, Kymberlin Monserrate Lacosta, Paralegal for the Law Firm of Joseph T. Bambrick, Jr., hereby certify that I served a true and correct copy of the Debtor's Answer to the Motion of :

**CHAPTER 13 TRUSTEE**
Rolando Ramos, Esq.
For Scott Waterman, Esq.
2901 St. Lawrence Avenue, Suite 200
Reading, PA 19606

**DEBTOR**
Donald R. Buckley
3121 Pennwyn Place
Reading PA, 19607

                                               _/s/Kymberlin Monserrate Lacosta_
                                               Kymberlin Monserrate Lacosta