**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | | |
| **Donald R. Buckley,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bankruptcy No: 20-13324-PMM** |

## O R D E R

**AND NOW,** this 22<u>ND</u> day of <u>May</u>, 2025, upon consideration of the Motion and the Answer of the Debtors,

                              **BY THE COURT,**

                              _____
                              ,
                              **U.S. BANKRUPTCY JUDGE**