United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Donald R. Buckley  
    Debtor

Case No. 20-13324-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jun 12, 2025      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald R. Buckley, 312 Pennwyn Place, Reading, PA 19607-3247 |
| 14527509 | + | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14527511 | | Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14527514 | + | Judy Essick, 312 Pennwyn Place, Reading, PA 19607-3247 |
| 14529719 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14527517 | + | Patient First, 2600 Papermill Road, Reading, PA 19610-3362 |
| 14555252 | + | Township of Cumru, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14555201 | + | Township of Cumru, 4 Park Plaza, 2nd FLoor, Wyomissing, PA 19610-1398 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 13 2025 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 13 2025 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14527508 | | Email/Text: EBNProcessing@afni.com | Jun 13 2025 00:24:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 14548338 | + | Email/Text: g17768@att.com | Jun 13 2025 00:23:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14531764 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:30:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527510 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:29:44 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14529475 | ^ | MEBN | Jun 13 2025 00:19:09 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553443 | | Email/Text: camanagement@mtb.com | Jun 13 2025 00:24:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14527515 | | Email/Text: camanagement@mtb.com | Jun 13 2025 00:24:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14529072 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:24:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14527518 | | Email/Text: joey@rmscollect.com | Jun 13 2025 00:25:00 | Receivable Management Systems, PO Box 73810, Richmond, VA 23235-8047 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527513 | | GH Harris Assocs. Inc. |
| 14527516 | | Met-Ed |
| 14527512 | *+ | Cumru Township, 1775 Welsh Road, Mohnton, PA 19540-8803 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Donald R. Buckley kymberlin.jtblaw@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Donald R. Buckley

            Debtor

Chapter 13

Bankruptcy No. 20-13324-PMM

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 12, 2025**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE